AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.  Case Number **1:18-CR-355**

**HARES FAKOOR**

Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
(For Offense(s) Committed On or After November 1, 1987)

The defendant, **HARES FAKOOR**, was represented by Daniel Goldman, Esq.

Finding that the defendant in the above styled cause, who was convicted on May 3, 2019, and sentenced to custody for SIXTY-TWO (62) MONTHS, and placed on supervised release for TEN (10) YEARS, has violated the terms of supervised release; it is hereby

ORDERED and ADJUDGED that the defendant is sentenced to **FIFTEEN (15) DAYS INCARCERATION**. Defendant is remanded to the custody of the United States Marshals; and it is further

ORDERED that following service of sentence, defendant is to continue his **TEN (10) YEAR** period of supervised release. ORDERED that special condition #5 of the defendant's supervised release be amended as follows:

Condition #5: THE DEFENDANT SHALL SPEND AT LEAST 30 HOURS PER WEEK AT A LAWFUL OCCUPATION OR COMMUNITY SERVICE AS APPROVED BY PROBATION UNLESS EXCUSED BY THE PROBATION OFFICER FOR SCHOOLING, TRAINING, OR OTHER ACCEPTABLE REASONS.

All other terms and conditions of defendant's supervised release are to remain in full force and effect.

Anthony J. Trenga
Senior United States District Judge

Signed this 21st day of February, ____.

/s/
Anthony J. Trenga
Senior United States District Judge