```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) DOCKET NO. 1:18-cr-00355-AJT |
| | ) Court Date: November 13, 2024 |
| HARES FAKOOR, | ) Judge: Hon. Anthony J. Trenga |
| | ) |
| Defendant. | ) |

<u>REPORT OF HEARING ON</u>
<u>VIOLATION OF SUPERVISED RELEASE AND ORDER</u>

THIS CAUSE came on November 7, 2024, for a hearing before the undersigned Magistrate Judge on the charge that the defendant, HARES FAKOOR, violated the terms of supervised release imposed by the Honorable Anthony J. Trenga, United States District Judge for the Eastern District of Virginia. The United States was represented by its attorney, Maia Foster, Esquire, and the defendant appeared with his attorney, Daniel Goldman, Esquire.

The defendant, through counsel, did not contest that probable cause existed and introduced no evidence to contradict that he violated the conditions of supervised release as alleged in the Petition on Supervised Release. Based on the matters set forth in the Petition, the Magistrate Judge finds that probable cause exists to require the defendant, HARES FAKOOR, to appear for a hearing before the Honorable Anthony J. Trenga, United States District Judge, on the charge that he violated the terms

of his supervised release.

WHEREFORE, it is

ORDERED that the defendant, HARES FAKOOR, is REMANDED to the custody of the U.S. Marshals Service, and he shall appear for a Revocation Hearing before the Honorable Anthony J. Trenga, at 9:00 A.M. on Wednesday, November 13, 2024.

The Clerk is directed to forward copies of this Order to counsel of record and to Brent D. Keith, Supervising United States Probation Officer.

                                                   /s/
                                      Ivan D. Davis
                                      United States Magistrate Judge

Alexandria, Virginia
November 7, 2024